**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Stephanie P. Nichols, SBN 311548
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 2:17-cv-01234-TLN-AC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER** |
| CITY OF LINCOLN, | |
| Defendant. | |
| | Complaint Filed: 06/14/2017 |

THE PARTIES HEREBY STIPULATE AND AGREE that the time in which Defendant CITY OF LINCOLN may respond to Plaintiff's Compliant, previously due July 13, 2017, be extended 30 days, up to and including August 12, 2017. Service of the Complaint appears to have been completed on June 22, 2017. Defense counsel was not advised of Service of the Complaint until today, July 18, 2017.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Date: July 19, 2017 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By: /s/ *Stephen E. Horan*<br>     Stephen E. Horan<br>     Stephanie P. Nichols<br>     Attorneys for Defendant<br>     CITY OF LINCOLN |
| Date: July 19, 2017 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION*<br><br>By: /s/ *Thomas E. Frankovich* (Authorized 7/18/17)<br>     Thomas E. Frankovich<br>     Attorney for Plaintiff BYRON CHAPMAN |

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL.: 916.929.1481
FAX: 916.927.3706

## ORDER

IT IS HEREBY ORDERED that Defendant CITY OF LINCOLN have until August 12, 2017 to file a response to plaintiff's complaint.

Dated: July 19, 2017

_____
Troy L. Nunley
United States District Judge

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706