UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | ) **CASE NO.** 2:17-cv-01234-MCE-EFB |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER MODIFYING THE PRETRIAL** |
| v. | ) **SCHEDULING ORDER** |
| | ) |
| CITY OF LINCOLN, | ) |
| | ) Fed. R. Civ. P. 16(b)(4) |
| Defendants. | ) |
| | ) |

Having read and considered the Stipulation of the Parties, and for good cause shown, the Court hereby GRANTS the Stipulation and modifies the Scheduling Order per the Parties' request. The relevant new deadlines are as follows:

| | |
|---|---|
| Discovery Cutoff | 9-12-18 |
| Expert Disclosure Deadline | 11-12-18 |
| Rebuttal Expert Deadline | 12-11-18 |
| Pre-Trial/Dispositive Motion Deadline | 3-7-19 |

IT IS SO ORDERED.

Dated: April 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Order** **Case No. 17-01234**